**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA

v.

DAVID McFIELD

CRIMINAL ACTION
NO. 26-440-8

**ORDER**

**AND NOW**, this 19th day of November 2026, upon consideration of David McField's Motion, (Dkt. No. 134), the Government's Response in Opposition, (Dkt. No. 140), and after oral argument, (Dkt. No. 147), it is **ORDERED** that McField's motion is **DENIED**. He will remain detained pending trial.

BY THE COURT:

***/s/ Gerald J. Pappert***
Gerald J. Pappert, J.